UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

                                    Criminal No. 12-cr-99-01-SM

        v.

<u>Larry William Duby</u>


<u>O R D E R</u>


    The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted; Final Pretrial is rescheduled to May 10, 2013 at 3:30 PM; Trial is continued to the two-week period beginning May 21, 2013, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.


    SO ORDERED.

                                    _____
                                    Steven J. McAuliffe
                                    United States District Judge


Date: February 6, 2013

cc:  Arnold Huftalen, Esq.
     Jeffrey Levin, Esq.
     U.S. Marshal
     U.S. Probation